**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WARREN RESOURCES, INC. |
| United States Bankruptcy Court for the: | Southern    District of:  Texas |
| | {State} |
| Case number (If known): | 16-32760 |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of Revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| | | ☐ Operating a business | |
| From the beginning of the fiscal year to filing date - pending | From 1/1/2016 to 5/31/2016<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Other  OIL & GAS REVENUE | 20,165,685.87<br>$ |
| | | ☐ Operating a business | |
| From the beginning of the fiscal year to filing date - pending | From 1/1/2016 to 5/31/2016<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Other  DERIVATIVE REVENUE | 3,476,906.65<br>$ |
| | | ☐ Operating a business | |
| For prior year | From 1/1/2015 to 12/31/2015<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Other  DERIVATIVE REVENUE | 20,083,265.10<br>$ |
| | | ☐ Operating a business | |
| For prior year | From 1/1/2015 to 12/31/2015<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Other  OIL & GAS REVENUE | 84,016,255.22<br>$ |
| | | ☐ Operating a business | |
| For the year before that | From 1/1/2014 to 12/31/2014<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Other  OIL & GAS REVENUE | 145,385,000.00<br>$ |

| Debtor | WARREN RESOURCES, INC. | Case number *(if known)* 16-32760 |
|---|---|---|
| | Name | |

☐ Operating a business

| For the year before that | From 1/1/2014 | to 12/31/2014 | ☒ Other DERIVATIVE REVENUE | $ | 7,445,000.00 |
|---|---|---|---|---|---|
| | MM/DD/YYYY | MM/DD/YYYY | | | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Not-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each seperately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date - pending** | From | 1/1/2016 MM/DD/YYYY | to 5/31/2016 MM/DD/YYYY | INTEREST AND MISCELLANEOUS INCOME | $ 491,448.63 |
| **For prior year** | From | 1/1/2015 MM/DD/YYYY | to 12/31/2015 MM/DD/YYYY | INTEREST INCOME - USTBS AND OTHER | $ 70,406.03 |
| **For prior year** | From | 1/1/2015 MM/DD/YYYY | to 12/31/2015 MM/DD/YYYY | ASSET SALE | $ 5,550,957.23 |
| **For the year before that** | From | 1/1/2014 MM/DD/YYYY | to 12/31/2014 MM/DD/YYYY | INTEREST AND OTHER INCOME | $ 2,396,000.00 |

Debtor   WARREN RESOURCES, INC.
     Name

Case number (if known) 16-32760

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   WILMINGTON TRUST NATIONALASSOCIATION AS<br>ADMINISTRATIVE AGENT<br>Creditor's Name<br>50 SOUTH SIXTH ST STE 1290<br><br>Street<br>MINNEAPOLIS   MN   55402<br>City   State   ZIP Code | 3/30/2016 | $ 5,635,210.16 | ☒ Secured debt<br>☐ Unsecured loan<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Total amount or value.................................................................................   **$5,635,210.16**

---

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.0.   Creditor's Name<br><br>Street<br><br>City   State   ZIP Code<br>**Relationship to debtor**<br><br> | | | |

Total amount or value.................................................................................

---

| Debtor | WARREN RESOURCES, INC. | Case number *(if known)* 16-32760 |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure, transferred by a deed in lieu of forclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of Property |
|---|---|---|---|---|
| 5.0 | | | | |
| | Creditor's Name | | | $ |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.0 | | | | |
| | Creditor's Name | | | $ |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | Last 4 digits of account number: XXXX-  _ _ _ _ | | |

---

**Part 3:    Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits.**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity - within one year before filing this case.

☐ None

| | Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|---|
| 7.1 | GOTHAM INSURANCE COMPANY V. PETROLEUM DEVELOPMENT CORPORATION, D/B/A PEDECO INC., ET AL | N/A | 81ST JUDICIAL DISTRICT OF FRIO COUNTY TEXAS. | ☒ Pending |
| | **Case Number** | | Name | ☐ On appeal |
| | 97-11-317-CVS-A | | 1 COURTHOUSE CIRCLE DR SUITE 206 | ☐ Concluded |
| | | | Street | |
| | | | JOURDANTON          TX          78026 | |
| | | | City          State     ZIP Code | |

| Debtor | WARREN RESOURCES, INC. | | Case number *(if known)* 16-32760 |
|---|---|---|---|
| | Name | | |

| Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|
| 7.2 EDUARDO YAP V. WARREN RESOURCES, INC. | PERSONAL INJURY | LOS ANGELES COUNTY SUPERIOR COURT | |
| **Case Number** | | Name | ☒ Pending |
| NC0344133 | | POMONA COURTHOUSE SOUTH 400 CIVIC CENTER PLAZA | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| | | POMONA            CA         91766 | |
| | | City            State      ZIP Code | |

| Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|
| 7.3 COOPER & BRAIN | N/A | | |
| **Case Number** | | Name | ☐ Pending |
| N/A | | | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| | | City            State      ZIP Code | |

| Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|
| 7.4 BMNW RESOURCES | N/A | | |
| **Case Number** | | Name | ☐ Pending |
| N/A | | | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| | | City            State      ZIP Code | |

| Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|
| 7.5 GREGORY H. GREGSON | N/A | | |
| **Case Number** | | Name | ☐ Pending |
| N/A | | | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| | | City            State      ZIP Code | |

| Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|
| 7.6 JEFFREY SHIDLER | N/A | | |
| **Case Number** | | Name | ☐ Pending |
| N/A | | | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| | | City            State      ZIP Code | |

| Case Title | Nature of Case | Court or Agency's Name and address | Status of case |
|---|---|---|---|
| 7.7 MILLENNIUM ENERGY | N/A | | |

Debtor    WARREN RESOURCES, INC.                                        Case number *(if known)* 16-32760
          Name

| | | | |
|---|---|---|---|
| **Case Number** | | Name | ☐ Pending |
| N/A | | | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| | | City          State          ZIP Code | |

| | **Case Title** | **Nature of Case** | **Court or Agency's Name and address** | **Status of case** |
|---|---|---|---|---|
| 7.8 | HTLA DEVELOPMENTS | N/A | Name | |
| | **Case Number** | | | ☐ Pending |
| | N/A | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | | | Street | |
| | | | City          State          ZIP Code | |

| | **Case Title** | **Nature of Case** | **Court or Agency's Name and address** | **Status of case** |
|---|---|---|---|---|
| 7.9 | CHARLES ALBRIGHT, JR. | N/A | Name | |
| | **Case Number** | | | ☐ Pending |
| | N/A | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | | | Street | |
| | | | City          State          ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| 8.0 | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|
| | | | $ |
| | Custodian's Name | | **Court name and address** |
| | Street | **Case title** | |
| | City          State          ZIP Code | **Case number** | Name |
| | | | Street |
| | | **Date of order or assignment** | City          State          ZIP Code |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

---

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing the case unless the aggregate value of the gifts to that recipient is less than $1000**

☒ None

Debtor   WARREN RESOURCES, INC. _____   Case number *(if known)* 16-32760 _____
Name

| Recipient's name and address | Description of the gifts or contributions | Dates Given | Value |
|---|---|---|---|

9.0
_____
Recipient Name

_____
Street

_____
City                    State              ZIP Code

**Recipient's relationship to debtor**

_____

Dates Given: _____    Value: $ _____

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of Loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets - Real and Personal Property).* | | |

10.0
_____    $ _____    _____    $ _____
_____

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

Debtor    WARREN RESOURCES, INC.                                    Case number *(if known)* 16-32760
          Name

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.0** _____ | | | |
| **Address** | | | |
| _____ Street | | | |
| _____ City                    State      ZIP code | | | |
| **Email or Website Address** | | | |
| _____ | | | |
| **Who made the payment, if not the debtor?** | | | |
| _____ | | | |

**Total amount or value**................................................................................................................

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.0** | | | |
| **Trustee** | | | |
| _____ | | | |

| Debtor | WARREN RESOURCES, INC. | Case number *(if known)* 16-32760 |
|---|---|---|
| | Name | |

---

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ Does not apply

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Address** | | | |
| Street | | | |
| City          State          ZIP code | | | |
| **Relationship to debtor** | | | |

---

### Part 7:   Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | | |
|---|---|---|---|---|---|
| 14.1 | 1114 AVENUE OF THE AMERICAS  NEW YORK NY 10026 | From | 11/24/2009 | To | 6/17/2016 |
| 14.2 | 105 W 3RD ST #302  ROSWELL NM 88201 | From | N/A | To | 11/30/2015 |
| 14.3 | 322 4TH ST.  RAWLINS WY 82301 | From | 01/01/13 | To | 3/31/2015 |

---

### Part 8:   Health Care Bankruptcies

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor   WARREN RESOURCES, INC.                                           Case number *(if known)* 16-32760
         Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.0.

Facility Name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

city          State     ZIP Code

*Check all that apply*
☐ Electronically
☐ Paper

---

**Part 9:   Personally Identifiable Information**

16.   **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.          Home Addresses, Phone Numbers, Etc.

     Does the debtor have a privacy policy about that information?

     ☐ No.

     ☒ Yes.

17.   **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☒ Yes. Fill in below:

| Name of plan | Employer Identification Number of the Plan |
|---|---|
| 401(K) PLAN ADMISTED BY WELLS FARGO | EIN: N/A |

   Has the plan been terminated?

   ☒ No

   ☐ Yes

| STOCK INCENTIVE PLAN | EIN: N/A |
|---|---|

   Has the plan been terminated?

   ☒ No

   ☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor  WARREN RESOURCES, INC.
        _____
        Name

Case number (if known) 16-32760

---

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. J.P. MORGAN INSTITUTIONAL INVESTMENTS <br> _Name_ <br> 500 STANTON CHRISTIANA RD 3-3750 <br> _Street_ <br> NEWARK       DE       19713 <br> _City      State      ZIP code_ | XXXX- 0  0  9  9 | ☐ Checking <br> ☐ Savings <br> ☒ Money Market <br> ☐ Brokerage <br> ☐ Other _____ | 3/23/2016 | $       6,876.04 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None                              ☐

| Financial institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.0. <br> _Name_ <br> _Street_ <br> _City      State      ZIP code_ | | | ☐ No <br> ☐ Yes |
| | **Address** | | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of the building which the debtor does business.

☐ None                              ☐

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1. <br> _Name_ <br> _Street_ <br> _City      State      ZIP code_ | | Stored Boxes | ☐ No <br> ☒ Yes |
| | **Address** | | |

---

Debtor    WARREN RESOURCES, INC.                                      Case number *(if known)* 16-32760
          Name

---

## Part 11:  Details About Environmental Information

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| Name | | | |
| Street | | | |
| City          State    ZIP code | | | |

---

## Part 12:  Details About Environmental Information

22. **Has the debtor been a part in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| 22.0. Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | Street | | ☐ On appeal |
| | City          State    ZIP code | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| 23.0. Site name and address | Governmental unit name and address | Environmental law, if known | Date of Notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP code | City          State    ZIP code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

---

| Debtor | WARREN RESOURCES, INC. | Case number *(if known)* 16-32760 |
|---|---|---|
| | Name | |

| 24.0. Site name and address | Governmental unit name and address | Environmental law, if known. | Date of Notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐  None

**25.1.**

| Business name and address | Describe the nature of the business | Employer Identification Number |
|---|---|---|
| | | Do not include Social Security number or ITIN |
| WARREN MANAGEMENT CORP. | OIL AND GAS OPERATIONS | EIN:   N/A |
| Name | | |
| 11 GREENWAY PLAZA SUITE 3050 | | **Dates business existed** |
| Street | | |
| HOUSTON          TX     77046 | | From  6/7/2002    to     Current |
| City          State     ZIP Code | | |

**25.2.**

| Business name and address | Describe the nature of the business | Employer Identification Number |
|---|---|---|
| | | Do not include Social Security number or ITIN |
| WARREN ENERGY SERVICES LLC | OIL AND GAS OPERATIONS | EIN:   34-2044748 |
| Name | | |
| 322 4TH STREET | | **Dates business existed** |
| Street | | |
| RAWLINS          WY     82301 | | From  1/21/2004    to     Current |
| City          State     ZIP Code | | |

**25.3.**

| Business name and address | Describe the nature of the business | Employer Identification Number |
|---|---|---|
| | | Do not include Social Security number or ITIN |
| WARREN MARCELLUS LLC | OIL AND GAS OPERATIONS | EIN:   47-1370150 |
| Name | | |
| 39 WASHINGTON PARK ROAD | | **Dates business existed** |
| Street | | |
| TUNKHANNOCK          PA     18657 | | From  6/24/2014    to     Current |
| City          State     ZIP Code | | |

**25.4.**

| Business name and address | Describe the nature of the business | Employer Identification Number |
|---|---|---|
| | | Do not include Social Security number or ITIN |
| WARREN RESOURCES OF CALIFORNIA IN | OIL AND GAS OPERATIONS | EIN:   33-0980072 |
| Name | | |
| 625 E. ANAHEIM ST. | | **Dates business existed** |
| Street | | |
| WILMINGTON          CA     90744 | | From  11/5/1999    to     Current |
| City          State     ZIP Code | | |

Debtor    WARREN RESOURCES, INC.
          Name

Case number (if known) 16-32760

---

**25.5.**

| Business name and address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN |
|---|---|---|
| WARREN E&P INC.<br>Name<br>625 E. ANAHEIM ST.<br>Street<br>WILMINGTON        CA      90744<br>City                State    ZIP Code | OIL AND GAS OPERATIONS | EIN: 85-0224052<br><br>**Dates business existed**<br><br>From 3/26/1973    to    Current |

**25.6.**

| Business name and address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN |
|---|---|---|
| PEDECO INC.<br>Name<br>11 GREENWAY PLAZA SUITE 3050<br>Street<br>HOUSTON        TX      77046<br>City                State    ZIP Code | OIL AND GAS OPERATIONS | EIN: 74-2803787<br><br>**Dates business existed**<br><br>From 6/25/1984    to    N/A |

**25.7.**

| Business name and address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN |
|---|---|---|
| WARREN DEVELOPMENT CORP<br>Name<br>11 GREENWAY PLAZA SUITE 3050<br>Street<br>HOUSTON        TX      77046<br>City                State    ZIP Code | OIL AND GAS OPERATIONS | EIN: 13-3837563<br><br>**Dates business existed**<br><br>From 10/6/1999    to    Current |

**25.8.**

| Business name and address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN |
|---|---|---|
| WARREN DRILLING CORP<br>Name<br>105 W 3RD ST 302<br>Street<br>ROSWELL        NM      88201<br>City                State    ZIP Code | OIL AND GAS OPERATIONS | EIN: 13-3751235<br><br>**Dates business existed**<br><br>From 12/23/1993    to    Current |

**26.    Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐  None

| Name and address | Dates of service |
|---|---|
| 26a.1.  GRANT THORNTON LLP<br>Name<br>33911 TREASURY CENTER<br>Street<br>CHICAGO        IL        60694-3900<br>City                State    ZIP Code | From 1/1/2005    To    12/31/15 |

---

Debtor    WARREN RESOURCES, INC.
          _____
          Name                                              Case number (if known) 16-32760

| Name and address | Dates of service |
|---|---|

26a.2.    MIDDLETONRAINES  ZAPATA LLP          From    2/2/2016    To    N/A
          Name
          9235 KATY FWY SUITE 400
          Street
          HOUSTON                TX          77024
          City                   State       ZIP Code

| Name and address | Dates of service |
|---|---|

26a.3.    MARK A RODENBURG                     From    2/2/2015    To    12/31/15
          Name
          4836 SUNRIDGE TERRACE DRIVE
          Street
          CASTLE ROCK            CO          80109
          City                   State       ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
        statement within 2 years before filing this case.

        ☐ None

| 26b.1. | Name and address | Dates of service |
|---|---|---|

          GRANT THORNTON LLP                    From    1/1/2005    To    12/31/15
          Name
          33911 TREASURY CENTER
          Street
          CHICAGO                IL          60694-3900
          City                   State       ZIP Code

26c.    List all the firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    GRANT THORNTON LLP
          Name
          33911 TREASURY CENTER
          Street
          CHICAGO                IL          60694-3900
          City                   State       ZIP Code

Debtor   WARREN RESOURCES, INC.
         Name

Case number (if known) 16-32760

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.   MIDDLETONRAINES  ZAPATA LLP
         Name
         9235 KATY FWY SUITE 400
         Street
         HOUSTON            TX          77024
         City               State       ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐   None

| Name and address |
|---|

26d.1.   GSO CAPITAL PARTNERS LP
         Name
         345 PARK AVENUE FL 31
         Street
         NEW YORK           NY          10154
         City               State       ZIP Code

| Name and address |
|---|

26d.2.   NASDAQ
         Name
         ONE LIBERTY PLAZA 165 BROADWAY
         Street
         NEW YORK           NY          10006
         City               State       ZIP Code

| Name and address |
|---|

26d.3.   U.S. SECURITIES AND EXCHANGE COMMISSION
         Name
         DIVISION OF CORPORATION FINANCE 100 F STREET NE
         Street
         WASHINGTON         DC          20549
         City               State       ZIP Code

| Name and address |
|---|

26d.4.   WILMINGTON TRUST NATIONAL ASSOCIATION AS ADMINISTRATIVE AGENT
         Name
         50 SOUTH SIXTH ST STE 1290
         Street
         MINNEAPOLIS        MN          55402
         City               State       ZIP Code

Debtor    WARREN RESOURCES, INC.
          Name                                                              Case number *(if known)* 16-32760

| Name and address |
|---|

26d.5.    CORTLAND CAPITAL MARKET SERVICES LLC AS ADMINISTRATIVE AGENT
          Name
          ATTN: RYAN MORICK & LEGAL DEPT. 225 WEST WASHINGTON ST.
          Street
          CHICAGO                        IL              60606
          City                           State           ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.0. | | $ |

| Name and address of the person who has possession of inventory records |
|---|

Name

Street

City                    State           ZIP Code

Debtor  WARREN RESOURCES, INC.
Name

Case number (if known) 16-32760

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JAMES A WATT | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | CHIEF EXECUTIVE OFFICER | 0.00% |
| FRANK T. SMITH JR. | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | SENIOR VICE PRESIDENT AND CHIEF FINANCIAL OFFICER | 0.00% |
| JOHN R. POWERS | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | VICE PRESIDENT, CHIEF ACCOUNTING OFFICER AND CONTROLLER | 0.00% |
| ZACH WAITE | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | VICE PRESIDENT OF OPERATIONS AND BUSINESS DEVELOPMENT | 0.00% |
| DOMINICK D'ALLEVA | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | INTERIM CHAIRMAN OF THE BOARD OF DIRECTORS | 0.00% |
| CHET BORGIDA | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | INDEPENDENT DIRECTOR | 0.00% |
| ANTHONY L. COELHO | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | INDEPENDENT DIRECTOR | 0.00% |
| LEONARD DECECCHIS | 11 GREENWAY PLAZA SUITE 3050<br><br>HOUSTON         TX        77046 | INDEPENDENT DIRECTOR | 0.00% |

Debtor   WARREN RESOURCES, INC.
Name

Case number (if known) 16-32760

| LANCE PETERSON | 11 GREENWAY PLAZA SUITE 3050 | INTERIM CHIEF EXECUTIVE OFFICER AND DIRECTOR | 4.00% |
| | HOUSTON          TX     77046 | | |
| ESPY P. PRICE | 11 GREENWAY PLAZA SUITE 3050 | INDEPENDENT DIRECTOR | 0.00% |
| | HOUSTON          TX     77046 | | |

| Debtor | WARREN RESOURCES, INC. | Case number *(if known)* 16-32760 |
| --- | --- | --- |
| | Name | |

29.  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held | | |
| --- | --- | --- | --- | --- | --- |
| MARCUS C. ROWLAND | 11 GREENWAY PLAZA SUITE 3050 | DIRECTOR | From | 12/20/2012 | To 3/4/2016 |
| | HOUSTON        TX      77046 | | | | |
| DAN COLLINS | 11 GREENWAY PLAZA SUITE 3050 | VICE PRESIDENT OF MARCELLUS LAND | From | 8/1/2014 | To 4/15/2016 |
| | HOUSTON        TX      77046 | | | | |
| SAEMA SOMALYA | 11 GREENWAY PLAZA SUITE 3050 | SENIOR VICE PRESIDENT, GENERAL COUNSEL AND CORPORATE SECRETARY | From | 2/16/2014 | To 12/31/2015 |
| | HOUSTON        TX      77046 | | | | |
| STEWART P. SKELLY | 11 GREENWAY PLAZA SUITE 3050 | VICE PRESIDENT AND CHIEF FINANCIAL OFFICER | From | 1/1/2000 | To 11/26/15 |
| | HOUSTON        TX      77046 | | | | |
| JEFFREY R. KEELER | 11 GREENWAY PLAZA SUITE 3050 | VICE PRESIDENT – CORPORATE DEVELOPMENT | From | 1/8/2014 | To 12/31/2015 |
| | HOUSTON        TX      77046 | | | | |
| ROBERT M. DOWELL | 11 GREENWAY PLAZA SUITE 3050 | VICE PRESIDENT & GENERAL MANAGER | From | 10/11/2007 | To 3/31/16 |
| | HOUSTON        TX      77046 | | | | |
| ELLIS G. VICKERS | 11 GREENWAY PLAZA SUITE 3050 | SENIOR VICE PRESIDENT – LAND MANAGEMENT & REGULATORY AFFAIRS | From | 1/23/2003 | To 11/30/2015 |
| | HOUSTON        TX      77046 | | | | |
| BRETT SCHOLNICK | 11 GREENWAY PLAZA SUITE 3050 | CONTROLLER | From | 4/17/2014 | To 2/15/2016 |
| | HOUSTON        TX      77046 | | | | |

| Debtor | WARREN RESOURCES, INC. | Case number *(if known)* 16-32760 |
|---|---|---|
| | Name | |

---

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes, see below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.0.

Name

Street

City                State        ZIP Code

**Relationship to debtor**

Total amount or value.................................................................

---

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| WARREN RESOURCES, INC. | EIN:    11-3024080 |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the pension fund |
|---|---|
| 401(K) PLAN ADMINISTED BY WELLS FARGO | EIN:    11-3024080 |
| 401(K) PLAN ADMINISTED BY NATIONWIDE | EIN:    11-3024080 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Warren Resources, Inc.

United States Bankruptcy Court for the:  Southern _____ District of  Texas
(State)

Case number (*If known*):  16-32760

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration  Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2016
MM / DD / YYYY

**✗** _[signature]_
Signature of individual signing on behalf of debtor

James A. Watt
Printed name

President, CEO and CRO
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors