## Exhibit D

**Expense Detail**

Jefferies LLC
June 2, 2016 - October 5, 2016

| Banker | Amount ($) | Expense Incurred Date | Transaction Description |
|---|---|---|---|
| Ching Wei | $ 26.00 | 6/2/2016 | Working Late - Overtime Meal |
| James Lee | 10.26 | 6/2/2016 | Working Late - Overtime Meal |
| Ching Wei | 24.73 | 6/2/2016 | Working Late - Overtime Meal |
| Ching Wei | 26.00 | 6/3/2016 | Working Late - Overtime Meal |
| James Lee | 25.88 | 6/3/2016 | Working Late - Overtime Meal |
| James Lee | 7.90 | 6/3/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.08 | 6/4/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 4.68 | 6/4/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.00 | 6/4/2016 | Working Late - Overtime Meal |
| Ching Wei | 3.91 | 6/5/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 3.48 | 6/5/2016 | Transportation - Ground (Overtime) |
| Olivia Utt | 25.00 | 6/5/2016 | Working Late - Overtime Meal |
| James Lee | 19.76 | 6/5/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.38 | 6/6/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.86 | 6/6/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.68 | 6/7/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 6/7/2016 | Working Late - Overtime Meal |
| Ching Wei | 26.00 | 6/7/2016 | Working Late - Overtime Meal |
| Max Slifka | 25.97 | 6/7/2016 | Working Late - Overtime Meal |
| Max Slifka | 22.67 | 6/8/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 26.00 | 6/8/2016 | Working Late - Overtime Meal |
| Max Slifka | 26.00 | 6/8/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.28 | 6/9/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 26.00 | 6/9/2016 | Working Late - Overtime Meal |
| James Lee | 26.00 | 6/9/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.38 | 6/10/2016 | Transportation - Ground (Overtime) |
| Richard Morgner | 56.63 | 6/10/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.90 | 6/10/2016 | Working Late - Overtime Meal |
| Ching Wei | 26.00 | 6/10/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.08 | 6/11/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 7.98 | 6/11/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 15.60 | 6/11/2016 | Working Late - Overtime Meal |
| Ching Wei | 10.68 | 6/12/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 6.18 | 6/12/2016 | Transportation - Ground (Overtime) |
| James Lee | 19.24 | 6/12/2016 | Working Late - Overtime Meal |
| James Lee | 6.76 | 6/12/2016 | Working Late - Overtime Meal |
| Ching Wei | 3.78 | 6/13/2016 | Transportation - Ground (Overtime) |
| Max Slifka | 20.06 | 6/13/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.85 | 6/13/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 6/13/2016 | Working Late - Overtime Meal |
| Max Slifka | 26.00 | 6/13/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.58 | 6/14/2016 | Transportation - Ground (Overtime) |
| Max Slifka | 13.12 | 6/14/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 25.85 | 6/14/2016 | Working Late - Overtime Meal |
| Max Slifka | 25.90 | 6/14/2016 | Working Late - Overtime Meal |

Jefferies LLC
June 2, 2016 - October 5, 2016

| Banker | Amount ($) | Expense Incurred Date | Transaction Description |
|---|---|---|---|
| Ching Wei | 3.00 | 6/15/2016 | Transportation - Ground (Overtime) |
| Max Slifka | 16.93 | 6/15/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 6/15/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 6/15/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.67 | 6/16/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.97 | 6/16/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.27 | 6/16/2016 | Working Late - Overtime Meal |
| Max Slifka | 26.00 | 6/16/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.97 | 6/17/2016 | Transportation - Ground (Overtime) |
| Bhoomica Reddy | 24.78 | 6/17/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.89 | 6/17/2016 | Working Late - Overtime Meal |
| Max Slifka | 25.89 | 6/17/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.27 | 6/18/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 7.68 | 6/18/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 3.78 | 6/18/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 15.60 | 6/18/2016 | Working Late - Overtime Meal |
| James Lee | 15.43 | 6/18/2016 | Working Late - Overtime Meal |
| Max Slifka | 15.60 | 6/18/2016 | Working Late - Overtime Meal |
| Ching Wei | 26.00 | 6/18/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.25 | 6/19/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 4.67 | 6/19/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 6/19/2016 | Working Late - Overtime Meal |
| Ching Wei | 26.00 | 6/19/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.97 | 6/20/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.93 | 6/20/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 6/20/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.68 | 6/21/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 6/21/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 6/21/2016 | Working Late - Overtime Meal |
| James Lee | 26.00 | 6/22/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 6/22/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 6/23/2016 | Working Late - Overtime Meal |
| Ching Wei | 7.08 | 6/24/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 25.89 | 6/24/2016 | Working Late - Overtime Meal |
| James Lee | 16.07 | 6/24/2016 | Working Late - Overtime Meal |
| Ching Wei | 6.48 | 6/25/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 25.16 | 6/25/2016 | Working Late - Overtime Meal |
| James Lee | 15.60 | 6/25/2016 | Working Late - Overtime Meal |
| Ching Wei | 6.48 | 6/26/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 7.68 | 6/26/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 6.48 | 6/26/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 25.99 | 6/26/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.98 | 6/27/2016 | Transportation - Ground (Overtime) |
| Max Slifka | 13.97 | 6/27/2016 | Transportation - Ground (Overtime) |
| James Lee | 25.45 | 6/27/2016 | Working Late - Overtime Meal |

Jefferies LLC
June 2, 2016 - October 5, 2016

| Banker | Amount ($) | Expense Incurred Date | Transaction Description |
|---|---|---|---|
| Ching Wei | 25.27 | 6/27/2016 | Working Late - Overtime Meal |
| Max Slifka | 25.77 | 6/27/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.68 | 6/28/2016 | Transportation - Ground (Overtime) |
| Bhoomica Reddy | 26.00 | 6/28/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.27 | 6/28/2016 | Working Late - Overtime Meal |
| James Lee | 25.73 | 6/28/2016 | Working Late - Overtime Meal |
| Ching Wei | 6.18 | 6/29/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 6.18 | 6/29/2016 | Transportation - Ground (Overtime) |
| Clients | 308.13 | 6/29/2016 | Transportation - Ground (Emmaus to New York) |
| Clients | 310.33 | 6/29/2016 | Transportation - Ground (New York to Emmaus) |
| James Lee | 25.33 | 6/29/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.89 | 6/29/2016 | Working Late - Overtime Meal |
| Richard Morgner | 30.00 | 6/30/2016 | Houston - Overtime Meal |
| Sidley Austin LLP | 18,831.00 | 6/30/2016 | Legal Services |
| Ching Wei | 24.34 | 6/30/2016 | Working Late - Overtime Meal |
| Richard Morgner | 21.89 | 7/1/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 7/1/2016 | Working Late - Overtime Meal |
| James Lee | 25.94 | 7/2/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.58 | 7/5/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 7/5/2016 | Working Late - Overtime Meal |
| Max Slifka | 26.00 | 7/5/2016 | Working Late - Overtime Meal |
| Ching Wei | 3.78 | 7/6/2016 | Transportation - Ground (Overtime) |
| James Lee | 26.00 | 7/6/2016 | Working Late - Overtime Meal |
| Max Slifka | 25.60 | 7/6/2016 | Working Late - Overtime Meal |
| Richard Morgner | 938.19 | 7/7/2016 | Transportation - Air (Stockholm to New York) |
| James Lee | 26.00 | 7/7/2016 | Working Late - Overtime Meal |
| Ching Wei | 25.85 | 7/7/2016 | Working Late - Overtime Meal |
| Max Slifka | 25.86 | 7/7/2016 | Working Late - Overtime Meal |
| Ching Wei | 7.68 | 7/8/2016 | Transportation - Ground (Overtime) |
| Richard Morgner | 781.97 | 7/8/2016 | Transportation - Air (New York to Houston) |
| Richard Morgner | 54.14 | 7/8/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 25.85 | 7/8/2016 | Working Late - Overtime Meal |
| Ching Wei | 10.08 | 7/9/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 7.08 | 7/9/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 25.30 | 7/9/2016 | Working Late - Overtime Meal |
| Ching Wei | 2.28 | 7/10/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 3.15 | 7/10/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 4.38 | 7/10/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 5.88 | 7/10/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 4.98 | 7/11/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 31.60 | 7/11/2016 | Printing Services |
| Ching Wei | 26.00 | 7/11/2016 | Working Late - Overtime Meal |
| James Lee | 10.88 | 7/11/2016 | Working Late - Overtime Meal |
| Max Slifka | 26.00 | 7/11/2016 | Working Late - Overtime Meal |
| Richard Morgner | 43.90 | 7/12/2016 | Accomodation (Houston) |

Jefferies LLC
June 2, 2016 - October 5, 2016

| Banker | Amount ($) | Expense Incurred Date | Transaction Description |
|---|---|---|---|
| Richard Morgner | 245.00 | 7/12/2016 | Accomodation (Houston) |
| Richard Morgner | 11.97 | 7/12/2016 | Accomodation (Houston) |
| Richard Morgner | 54.47 | 7/12/2016 | Houston - Overtime Meal |
| Richard Morgner | 80.00 | 7/12/2016 | Transportation - Ground (Airport to Home) |
| Richard Morgner | 80.00 | 7/12/2016 | Transportation - Ground (Hotel to Airport) |
| Richard Morgner | 5.98 | 7/12/2016 | Transportation - Ground (Meeting to Hotel) |
| Max Slifka | 22.98 | 7/12/2016 | Working Late - Overtime Meal |
| Ching Wei | 26.00 | 7/12/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.08 | 7/13/2016 | Transportation - Ground (Overtime) |
| Richard Morgner | 35.00 | 7/13/2016 | Transportation - Ground (Hotel to Meeting) |
| Richard Morgner | 35.00 | 7/13/2016 | Transportation - Ground (Meeting to Hotel) |
| Ching Wei | 26.00 | 7/13/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.28 | 7/14/2016 | Transportation - Ground (Overtime) |
| Richard Morgner | 11.97 | 7/14/2016 | Accomodation (Houston) |
| Ching Wei | 26.00 | 7/14/2016 | Working Late - Overtime Meal |
| James Lee | 24.46 | 7/14/2016 | Working Late - Overtime Meal |
| Max Slifka | 26.00 | 7/14/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.58 | 7/15/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 5.58 | 7/17/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 4.68 | 7/17/2016 | Transportation - Ground (Overtime) |
| Ching Wei | 3.48 | 7/17/2016 | Transportation - Ground (Overtime) |
| Richard Morgner | 144.54 | 7/18/2016 | Transportation - Ground (Airport to Home) |
| James Lee | 25.97 | 7/18/2016 | Working Late - Overtime Meal |
| Max Slifka | 23.93 | 7/18/2016 | Working Late - Overtime Meal |
| Ching Wei | 4.08 | 7/19/2016 | Transportation - Ground (Overtime) |
| Richard Morgner | 155.43 | 7/19/2016 | Transportation - Ground (Airport to Home) |
| Max Slifka | 24.67 | 7/19/2016 | Working Late - Overtime Meal |
| Ching Wei | 5.40 | 7/20/2016 | Transportation - Ground (Overtime) |
| Max Slifka | 25.97 | 7/20/2016 | Working Late - Overtime Meal |
| Richard Morgner | 153.28 | 7/21/2016 | Transportation - Ground (Home to Airport) |
| Richard Morgner | 83.04 | 7/21/2016 | Transportation - Ground (Meeting to Airport) |
| Richard Morgner | 681.05 | 7/22/2016 | Transportation - Air (New York to Houston) |
| Richard Morgner | 43.90 | 7/25/2016 | Accomodation (Houston) |
| Richard Morgner | 245.00 | 7/25/2016 | Accomodation (Houston) |
| Richard Morgner | 70.10 | 7/25/2016 | Transportation - Ground (Airport to Meeting) |
| Richard Morgner | 11.00 | 7/25/2016 | Transportation - Ground (Meeting to Hotel) |
| Richard Morgner | 10.95 | 7/25/2016 | Transportation - Ground (Meeting to Hotel) |
| Max Slifka | 24.18 | 7/25/2016 | Working Late - Overtime Meal |
| Richard Morgner | 43.90 | 7/26/2016 | Accomodation (Houston) |
| Richard Morgner | 245.00 | 7/26/2016 | Accomodation (Houston) |
| Richard Morgner | 12.20 | 7/26/2016 | Transportation - Ground (Meeting to Hotel) |
| Max Slifka | 26.00 | 7/26/2016 | Working Late - Overtime Meal |
| Richard Morgner | 72.54 | 7/27/2016 | Houston - Overtime Meal |
| Richard Morgner | 36.68 | 7/27/2016 | Houston - Overtime Meal |
| Richard Morgner | 118.00 | 7/27/2016 | Transportation - Air (New York to Houston) |

Jefferies LLC
June 2, 2016 - October 5, 2016

| Banker | Amount ($) | Expense Incurred Date | Transaction Description |
|---|---|---|---|
| Richard Morgner | 70.35 | 7/27/2016 | Transportation - Ground (Hotel to Airport) |
| Richard Morgner | 11.89 | 7/27/2016 | Transportation - Ground (Hotel to Meeting) |
| Richard Morgner | 10.00 | 7/27/2016 | Transportation - Ground (Meeting to Hotel) |
| Sidley Austin LLP | 28,301.91 | 7/31/2016 | Legal Services |
| Richard Morgner | 155.43 | 8/2/2016 | Transportation - Ground (Airport to Home) |
| Richard Morgner | 153.28 | 8/2/2016 | Transportation - Ground (Home to Airport) |
| Max Slifka | 25.84 | 8/5/2016 | Working Late - Overtime Meal |
| Bhoomica Reddy | 32.40 | 8/9/2016 | Creditor Meeting - Client Meal |
| Bhoomica Reddy | 792.20 | 8/29/2016 | Transportation - Air (New York to Houston) |
| Sidley Austin LLP | 616.00 | 8/31/2016 | Legal Services |
| Bhoomica Reddy | 319.86 | 9/2/2016 | Transportation - Air (New York to Houston) |
| Bhoomica Reddy | 395.15 | 9/9/2016 | Transportation - Air (Houston to New York) |
| Bhoomica Reddy | 3.35 | 9/12/2016 | Houston - Overtime Meal |
| Bhoomica Reddy | 28.58 | 9/12/2016 | Transportation - Ground (Airport to Hotel) |
| Bhoomica Reddy | 30.90 | 9/12/2016 | Transportation - Ground (Home to Airport) |
| Richard Morgner | 642.66 | 9/12/2016 | Transportation - Air (New York to Houston) |
| Richard Morgner | 160.60 | 9/12/2016 | Transportation - Ground (Home to Airport) |
| Bhoomica Reddy | 600.89 | 9/13/2016 | Accomodation (Houston) |
| Bhoomica Reddy | 8.60 | 9/13/2016 | Transportation - Ground (Hotel to Meeting) |
| Richard Morgner | 298.64 | 9/13/2016 | Accomodation (Houston) |
| Bhoomica Reddy | 41.63 | 9/14/2016 | Houston - Overtime Meal |
| Bhoomica Reddy | 418.19 | 9/14/2016 | Transportation - Air (Houston to New York) |
| Bhoomica Reddy | 45.93 | 9/14/2016 | Transportation - Ground (Airport to Home) |
| Bhoomica Reddy | 30.79 | 9/14/2016 | Transportation - Ground (Hotel to Meeting) |
| Bhoomica Reddy | 108.00 | 9/14/2016 | Transportation - Ground (Meeting to Airport) |
| Bhoomica Reddy | 15.00 | 9/14/2016 | Transportation - Ground (Meeting to Hotel) |
| Richard Morgner | 131.53 | 9/14/2016 | Transportation - Ground (Airport to Home) |
| Sidley Austin LLP | 3,450.00 | 9/30/2016 | Legal Services |
| Sidley Austin LLP | 7,624.90 | 10/5/2016 | Legal Services |

| Total Expenses | $ | 71,095.49 |
|---|---|---|



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

July 26, 2016

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36044784
2884
Client Matter 55734-30390

Warren Resources, Inc.
 Jefferies & Company, Inc. 2884

For professional services rendered through June 30, 2016 as shown on
the attached exhibits:

Fees                                                                          $18,831.00

**Total Due This Bill**                                          <u>**$18,831.00**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36044784
Jefferies LLC

Warren Resources, Inc.

<u>Invoice Cover Sheet</u>

Jefferies & Company, Inc. Matter Name:        <u>Warren Resources, Inc.</u>
Jefferies & Company, Inc. Matter Number:        <u>2884</u>
Jefferies & Company, Inc. Supervising Attorney:        <u>Justin DeSpirito</u>

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| TA Labuda | 14.60 | $895.00 | $13,067.00 |
| ME Linder | .20 | 695.00 | 139.00 |
| JT Garvey | 12.50 | 450.00 | 5,625.00 |
| **Total Hours and Fees:** | **27.30** | | **$18,831.00** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|------|------------------|------:|-----:|
| C300 | Analysis and Advice | 16.00 | $13,746.00 |
| P300 | Structure/Strategy/Analysis | 11.30 | 5,085.00 |
| | **Total Fees:** | | **$18,831.00** |

Fees                                                                                        $18,831.00
**Total Due This Bill**                                                          **$18,831.00**

SIDLEY AUSTIN LLP

Invoice Number:  36044784
Jefferies LLC

Warren Resources, Inc.


T I M E   D E T A I L

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 06/02/16 | TA Labuda | C300 | A106 | Confer with R. Morgner re filing and retention issues (.2); email to R. Morgner re same (.1). | .30 |
| 06/07/16 | TA Labuda | C300 | A106 | Emails with J. DeSpirito re preparation of draft retention documents and parties in interest list (.1); review same (.1). | .20 |
| 06/08/16 | JT Garvey | P300 | A103 | Draft Warren Resources retention application | 2.00 |
| 06/08/16 | TA Labuda | C300 | A106 | Emails with J. Garvey re draft retention documents (.1); emails with H. Havre re same (.1); conference with J. DeSpirito re same and related issues (.2); review prepetition payment history (.2). | .80 |
| 06/09/16 | JT Garvey | P300 | A103 | Draft Warren Resources retention application | 3.60 |
| 06/09/16 | TA Labuda | C300 | A105 | Emails with J. Garvey re retention application documents (.1); emails with J. DeSpirito re declaration schedules (.1); emails with C. Wei re payment history (.2); emails with J. Rovira re declaration schedules (.1); emails with J. Garvey and J. Rovira re retention documents and filing issues (.1); work on retention documents (.8). | 1.40 |
| 06/10/16 | JT Garvey | C300 | A105 | In-office conference with T. Labuda re: Warren Resources retention application | .50 |
| 06/10/16 | JT Garvey | P300 | A103 | Revise Warren Resources retention application | 1.50 |
| 06/10/16 | TA Labuda | C300 | A103 | Work on retention application (.8), order (.4) and declaration (.6); emails with R. Morgner re same (.2); conference with J. Ernst re same (.3); review prior EL (.2). | 2.50 |
| 06/13/16 | TA Labuda | C300 | A106 | Emails with J. Rovira re draft retention application and related documents (.1); review comments on same (.2); emails with J. Rovira re same (.1). | .40 |
| 06/14/16 | TA Labuda | C300 | A103 | Revise retention application, order and declaration (.4); emails with J. Rovira re same and filing issues (.2); emails with R. Morgner and J. DeSpirito re same (.2). | .80 |
| 06/15/16 | TA Labuda | C300 | A106 | Email from R. Morgner re Claren Road letter re settlement and discovery issues (.1); review same (.2); emails with J. Kane re same (.1); conference call with Andrews Kurth re same (.4); emails with J. Kane and B. Reddy re deal file access (.2). | 1.00 |

SIDLEY AUSTIN LLP

Invoice Number:  36044784
Jefferies LLC

Warren Resources, Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 06/16/16 | JT Garvey | P300 | A105 | Teleconference with J. Rovira re: status of retention application | .10 |
| 06/17/16 | JT Garvey | P300 | A103 | Revise retention application per comments from Jefferies | .60 |
| 06/17/16 | TA Labuda | C300 | A105 | Emails and conference with J. Garvey re final drafts of retention documents and related filing issues (.2); review same (.3); emails with R. Morgner re same (.2). | .70 |
| 06/20/16 | TA Labuda | C300 | A106 | Emails with K. Kooyers re deal file documents. | .30 |
| 06/21/16 | TA Labuda | C300 | A106 | Email to M. Blythe re deal file documents (.1); review docket (.1). | .20 |
| 06/23/16 | TA Labuda | C300 | A106 | Emails and conference call with R. Morgner re discovery and retention issues. | .20 |
| 06/24/16 | TA Labuda | C300 | A106 | Emails with R. Morgner re Claren Road discovery (.1); email from D, Kolker re same (.1); review document request (.3); emails with J. Kane and R. Morgner re same (.1); emails with Andrew Kurth re same (.1); emails with Bracewell re discovery conference (.1). | .80 |
| 06/27/16 | JT Garvey | C300 | A105 | Teleconference with T. Labuda re: discovery responses | .10 |
| 06/27/16 | JT Garvey | P300 | A103 | Draft response to document production request | 1.10 |
| 06/27/16 | JT Garvey | C300 | A104 | Conference call re: document production request | .40 |
| 06/27/16 | TA Labuda | C300 | A106 | Emails with D. Kolker re discovery conference (.1); call to M. Blythe re same (.1); emails and conference call with J. Ernst re 2015 deal file (.3); emails with J. Kane and team re same (.1); prepare for and attend discovery conference call (1.0); emails with K. Kooyers re 2016 deal file documents (.2); review 2015 deal file documents (.5). | 2.30 |
| 06/28/16 | JT Garvey | C300 | A105 | In-office conference with T. Labuda re: response to request for production | .20 |
| 06/28/16 | TA Labuda | C300 | A106 | Email to J. Kane re Bracewell discovery conference (.1); email report to team re same and proposed emails/search terms (.4); emails with R. Morgner, J. Kane and J. Ernst re same (.2); emails with K. Kooyers re same (.1). | .80 |
| 06/28/16 | ME Linder | C300 | A105 | Emails with T. Labuda and J. Garvey re document review | .20 |

**SIDLEY AUSTIN LLP**

Invoice Number:  36044784
Jefferies LLC

Warren Resources, Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 06/29/16 | JT Garvey | P300 | A103 | Draft response to request for production | 1.00 |
| 06/30/16 | JT Garvey | P300 | A103 | Draft response and objections to request for production | .50 |
| 06/30/16 | JT Garvey | P300 | A103 | Coordinate document review team to respond to request for production | .90 |
| 06/30/16 | TA Labuda | C300 | A106 | Call from M. Blythe re discovery issues (.1); review 2015 deal file documents (1.8). | 1.90 |
| | | | | **Total Hours** | **27.30** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

August 24, 2016

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36051805
2884
Client Matter 55734-30390

Warren Resources, Inc.
 Jefferies & Company, Inc. 2884

For professional services rendered through July 31, 2016 as shown on
the attached exhibits:

Fees                                                                $25,691.00

Expenses                                                              2,610.91

**Total Due This Bill**                                          **$28,301.91**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36051805
Jefferies LLC

Warren Resources, Inc.

Invoice Cover Sheet

| | |
|---|---|
| Jefferies & Company, Inc. Matter Name: | Warren Resources, Inc. |
| Jefferies & Company, Inc. Matter Number: | 2884 |
| Jefferies & Company, Inc. Supervising Attorney: | Justin DeSpirito |

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| TA Labuda | 18.80 | $895.00 | $16,826.00 |
| JT Garvey | 13.70 | 450.00 | 6,165.00 |
| BM Warner | 6.00 | 450.00 | 2,700.00 |
| **Total Hours and Fees:** | **38.50** | | **$25,691.00** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|---|---|---|---|
| C300 | Analysis and Advice | 23.50 | $18,941.00 |
| L320 | Document Production | 6.00 | 2,700.00 |
| P300 | Structure/Strategy/Analysis | 9.00 | 4,050.00 |
| | **Total Fees:** | | **$25,691.00** |

Expense/Disbursements:

| Code | Code Description | Amount |
|---|---|---|
| E101 | Copying | $7.20 |
| E105 | Telephone | 3.15 |
| E106 | On-line Research | 9.40 |
| E107 | Delivery Services/Messenger | 19.84 |
| E110 | Out-of-Town Travel | 1,021.32 |
| E118 | Litigation Support Vendors | 1,550.00 |
| | **Total Expenses** | **$2,610.91** |

| | |
|---|---|
| Fees | $25,691.00 |
| Expenses | 2,610.91 |
| **Total Due This Bill** | **$28,301.91** |

SIDLEY AUSTIN LLP

Invoice Number:  36051805
Jefferies LLC

Warren Resources, Inc.

## T I M E   D E T A I L

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 07/01/16 | JT Garvey | P300 | A104 | Teleconference with L. Lansio re: Warren document review | .30 |
| 07/01/16 | JT Garvey | P300 | A104 | Document review re: Claren Road request for production | .40 |
| 07/01/16 | TA Labuda | C300 | A105 | Emails with D. Kolkar and B. Ruzow re response to discovery objections (.4); emails and conference with M. Blythe re same (.2); emails with R. Morgner re settlement negotiations (.1); review deal files and emails (1.0). | 1.70 |
| 07/03/16 | JT Garvey | C300 | A104 | Review documents re: Claren Road document request | 2.70 |
| 07/03/16 | BM Warner | L320 | A104 | Review & analyze Jefferies documents re: request for production for T. Labuda | 6.00 |
| 07/04/16 | JT Garvey | C300 | A104 | Review documents re: Claren Road document request | 1.20 |
| 07/05/16 | JT Garvey | P300 | A104 | Review documents re: Claren Road document request | .40 |
| 07/05/16 | JT Garvey | C300 | A105 | In-office conference with B. Warner re: Warren document review project | .30 |
| 07/05/16 | JT Garvey | P300 | A102 | Research re: DIP liens on the proceeds of avoidance actions | 2.50 |
| 07/05/16 | JT Garvey | P300 | A105 | Emails with T. Labuda re: responses to document production request | .20 |
| 07/05/16 | JT Garvey | P300 | A105 | Emails with T. Labuda re: precedent allowing DIP liens on avoidance actions | .30 |
| 07/05/16 | JT Garvey | P300 | A103 | Draft summary of diligence re: replacement liens on the proceeds of avoidance actions | .30 |
| 07/05/16 | JT Garvey | P300 | A103 | Revise responses and objections to request for production | .80 |
| 07/05/16 | TA Labuda | C300 | A106 | Emails with M. Blythe re potential Claren Road settlement (0.1); emails and conference with J. Garvey re document review questions and results (0.2); email from R. Morgner re draft DIP declaration (0.1); review and comment on same (0.4); emails with R. Morgner re same (0.1); confer with J. Garvey re research re liens on avoidance action proceeds (0.1); conference with B. Reddy re | 3.00 |

SIDLEY AUSTIN LLP

Invoice Number:  36051805
Jefferies LLC

Warren Resources, Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| | | | | same (0.2); review results of research (0.4); emails with J. Garvey re document request objections and responses (0.1); conference with J. Rovira re DIP declaration and retention hearing/issues (0.2); review avoidance action precedent from J. Rovira (0.2); confer with J. Garvey re analysis of same (0.1); review same (0.5); review interim DIP order (0.2); emails with R. Morgner re proposed declaration revisions (0.1); email to J. DeSpirito re same (0.1) | |
| 07/06/16 | JT Garvey | P300 | A105 | In-office conference with T. Labuda re: responses to subpoena | .50 |
| 07/06/16 | JT Garvey | P300 | A103 | Revise responses and objections to document production request | 1.90 |
| 07/06/16 | JT Garvey | P300 | A103 | Execute comments of J. Kane re: responses and objections to request for production | .40 |
| 07/06/16 | JT Garvey | P300 | A105 | Calls and emails with T. Labuda and J. Kane re: responses and objections to document production request | .20 |
| 07/06/16 | TA Labuda | C300 | A106 | Emails with M. Blythe re potential settlement (0.1); work on objections and responses to discovery (1.0); emails with J. Kane re same (0.1); confer with J. Garvey re revisions to same (0.2); work on DIP declaration revisions (0.5); emails with R. Morgner re same (0.3); emails and conference with J. Rovira re same (0.3); emails with Bracewell re discovery demands/responses (0.1) | 2.60 |
| 07/07/16 | JT Garvey | P300 | A103 | Revise objections and responses to request for production | .40 |
| 07/07/16 | JT Garvey | C300 | A105 | In-office conference with T. Labuda re: responses and objections to requests for production | .50 |
| 07/07/16 | JT Garvey | P300 | A103 | Revise retention order to reflect the economics of the compromise | .20 |
| 07/07/16 | TA Labuda | C300 | A104 | Review filed DIP declaration (.1); emails with R. Morgner re retention order revisions (.2); confer with J. Garvey re same (.1) | .40 |
| 07/09/16 | TA Labuda | C300 | A104 | Review docket re objections (.1); emails with J. Rovira re same and retention hearing (.1). | .20 |
| 07/11/16 | TA Labuda | C300 | A109 | Travel to Houston TX for retention hearing (3.8); emails with R. Morgner re hearing preparation and issues (.1); emails with J. Rovira re retention | 4.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  36051805
Jefferies LLC

Warren Resources, Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| | | | | hearing (.1). | |
| 07/12/16 | JT Garvey | P300 | A105 | Calls and emails with T. Labuda re: revised retention order | .10 |
| 07/12/16 | JT Garvey | P300 | A103 | Emails with J. Rovira re: revised retention order | .10 |
| 07/12/16 | TA Labuda | C300 | A106 | Emails with R. Morgner re hearing preparation issues (.2) review and work on form of retention order (.3); emails with J. Garvey re same (.1); emails with J. Rovira re revised retention order and hearing issues (.2); prepare for retention hearing (.5). | 1.70 |
| 07/13/16 | TA Labuda | C300 | A101 | Prepare for an attend retention hearing (1.4); conference with J. DeSpirito re same (.1);; emails with R. Morgner re same (.l); return travel to Chicago, IL (3.5); email from M. Blythe re discovery halt (.1). | 5.20 |
| | | | | **Total Hours** | **38.50** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 30, 2016

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36060746
2884
Client Matter 55734-30390

Warren Resources, Inc.
 Jefferies & Company, Inc. 2884

For professional services rendered through August 31, 2016 as shown
on the attached exhibits:


Fees                                                                    $616.00


**Total Due This Bill**                                           **$616.00**


Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  36060746
Jefferies LLC

Warren Resources, Inc.

<u>Invoice Cover Sheet</u>

Jefferies & Company, Inc. Matter Name: <u>Warren Resources, Inc.</u>
Jefferies & Company, Inc. Matter Number: <u>2884</u>
Jefferies & Company, Inc. Supervising Attorney: <u>Justin DeSpirito</u>

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| TA Labuda | .30 | $895.00 | $268.50 |
| ME Linder | .50 | 695.00 | 347.50 |
| **Total Hours and Fees:** | **.80** | | **$616.00** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|---|---|---|---|
| C300 | Analysis and Advice | .80 | $616.00 |
| | **Total Fees:** | | **$616.00** |

Expense/Disbursements:

| Code | Code Description | Amount |
|---|---|---|
| E118 | Litigation Support Vendors | $0.00 |
| | **Total Expenses** | **$0.00** |

Fees $616.00
**Total Due This Bill** **$616.00**

**SIDLEY AUSTIN LLP**

Invoice Number:  36060746
Jefferies LLC

Warren Resources, Inc.

T I M E   D E T A I L

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 08/29/16 | TA Labuda | C300 | A106 | Call with B. Reddy re monthly fee statements and final fee application (.1); confer with M. Linder re same (.1); review interim comp procedures (.1). | .30 |
| 08/29/16 | ME Linder | C300 | A105 | Emails and office conference with T. Labuda re monthly fee statements | .20 |
| 08/29/16 | ME Linder | C300 | A108 | Telephone call with Andrews Kurth re monthly fee statements | .10 |
| 08/29/16 | ME Linder | C300 | A106 | Emails and telephone call with B. Reddy re monthly fee statements | .20 |
| | | | | **Total Hours** | **.80** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 28, 2016

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36067546
2884
Client Matter 55734-30390

Warren Resources, Inc.
 Jefferies & Company, Inc. 2884

For professional services rendered through September 30, 2016 as
shown on the attached exhibits:

Fees                                                                              $3,540.00

**Total Due This Bill**                                                       **$3,540.00**

Remit Check Payments To:                          Remit Wire Payments To:
Sidley Austin LLP                                 Sidley Austin LLP
P.O. Box 0642                                     JP Morgan Chase Bank, NA
Chicago, Illinois  60690                          Account Number:  5519624
                                                  ABA Number:  071000013
                                                  Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  36067546
Jefferies LLC

Warren Resources, Inc.

<u>Invoice Cover Sheet</u>

Jefferies & Company, Inc. Matter Name:      <u>Warren Resources, Inc.</u>
Jefferies & Company, Inc. Matter Number:     <u>2884</u>
Jefferies & Company, Inc. Supervising Attorney:     <u>Justin DeSpirito</u>

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| TA Labuda | 3.80 | $895.00 | $3,401.00 |
| ME Linder | .20 | 695.00 | 139.00 |
| **Total Hours and Fees:** | **4.00** | | **$3,540.00** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|------|------------------|------:|-----:|
| C300 | Analysis and Advice | 4.00 | $3,540.00 |
| | **Total Fees:** | | **$3,540.00** |

Expense/Disbursements:

| Code | Code Description | Amount |
|------|------------------|-------:|
| E118 | Litigation Support Vendors | $0.00 |
| | **Total Expenses** | **$0.00** |

| | |
|---|---:|
| Fees | $3,540.00 |
| **Total Due This Bill** | **$3,540.00** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36067546
Jefferies LLC

Warren Resources, Inc.

## T I M E   D E T A I L

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 09/09/16 | TA Labuda | C300 | A106 | Email from R. Morgner re draft confirmation declaration (.1); review same (.4); email to R. Mornger and J. DeSpirito re same (.1); revise declaration (1.0); emails and conference with B. Reddy re same (.2); further revise declaration (.5); email to client re same (.1). | 2.40 |
| 09/11/16 | TA Labuda | C300 | A106 | Email from R. Morgner re comments on confirmation declaration (.1); review same (.2); emails with B. Reddy re same (.1). | .40 |
| 09/12/16 | TA Labuda | C300 | A106 | Emails with R. Morgner re confirmation declaration revisions (.1); revise declaration (.5); emails with J. Rovira re same (.2); emails with R. Morgner, M. Linder and J. Rovira re executed declaration (.2). | 1.00 |
| 09/12/16 | ME Linder | C300 | A106 | Emails with R. Morgner, T. Labuda and A&K re Morgner declaration | .20 |
| | | | | **Total Hours** | **4.00** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 31, 2016

Jefferies LLC
520 Madison Avenue
New York, NY  10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36068900
2884
Client Matter 55734-30390

Warren Resources, Inc.
 Jefferies & Company, Inc. 2884

For professional services rendered through October 31, 2016 as shown
on the attached exhibits:

Fees                                                                                    $7,621.50

Expenses                                                                              3.40

**Total Due This Bill**                                                        **$7,624.90**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  36068900
Jefferies LLC

Warren Resources, Inc.

<u>Invoice Cover Sheet</u>

Jefferies & Company, Inc. Matter Name:          <u>Warren Resources, Inc.</u>
Jefferies & Company, Inc. Matter Number:        <u>2884</u>
Jefferies & Company, Inc. Supervising Attorney:          <u>Justin DeSpirito</u>

Fee Summary by Timekeeper:

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| TA Labuda | 4.40 | $895.00 | $3,938.00 |
| ME Linder | 5.30 | 695.00 | 3,683.50 |
| **Total Hours and Fees:** | **9.70** | | **$7,621.50** |

Fee Summary by Task:

| Code | Code Description | Hours | Fees |
|------|------------------|------:|-----:|
| C300 | Analysis and Advice | 9.70 | $7,621.50 |
| | **Total Fees:** | | **$7,621.50** |

Expense/Disbursements:

| Code | Code Description | Amount |
|------|------------------|-------:|
| E106 | On-line Research | $3.40 |
| | **Total Expenses** | **$3.40** |

| | |
|---|---:|
| Fees | $7,621.50 |
| Expenses | 3.40 |
| **Total Due This Bill** | **$7,624.90** |

SIDLEY AUSTIN LLP

Invoice Number:  36068900
Jefferies LLC

Warren Resources, Inc.

## T I M E   D E T A I L

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| 10/05/16 | TA Labuda | C300 | A105 | Confer with M. Linder re final fee application preparation and filing issues (.2); review notice of effective date (.1); emails with M. Linder re same (.1). | .40 |
| 10/05/16 | ME Linder | C300 | A105 | Emails with T. Labuda re final fee application | .20 |
| 10/10/16 | TA Labuda | C300 | A105 | Email and conference with M. Linder re draft final fee application. | .20 |
| 10/10/16 | ME Linder | C300 | A106 | Telephone call and email with B. Reddy re final fee application | .20 |
| 10/11/16 | TA Labuda | C300 | A106 | Emails with J. Rovira and client re final fee application preparation and draft (.1); work on fee calculation (.3). | .40 |
| 10/18/16 | TA Labuda | C300 | A105 | Emails with M. Linder re fee calculation for final fee application (.1); confer with M. Linder re same (.2); emails with M. Linder re final fee application (.1); review same (.5). | 1.00 |
| 10/18/16 | ME Linder | C300 | A103 | Draft final fee application | 2.50 |
| 10/18/16 | ME Linder | C300 | A106 | Email to B. Reddy re restructuring fee calculation | .10 |
| 10/21/16 | TA Labuda | C300 | A104 | Review and comment on final fee application. | .80 |
| 10/24/16 | TA Labuda | C300 | A103 | Work on final fee application. | .80 |
| 10/24/16 | ME Linder | C300 | A105 | Confer with T. Labuda re final fee application | .20 |
| 10/24/16 | ME Linder | C300 | A103 | Revise final fee application | .50 |
| 10/25/16 | ME Linder | C300 | A106 | Telephone calls with B. Reddy re final fee application | .20 |
| 10/28/16 | TA Labuda | C300 | A105 | Emails and conference with M. Linder re final fee application expenses and related issues. | .30 |
| 10/28/16 | ME Linder | C300 | A103 | Revise final fee application | .10 |
| 10/28/16 | ME Linder | C300 | A106 | Emails with client re final fee application | .20 |
| 10/28/16 | ME Linder | C300 | A105 | Telephone call and emails with T. Labuda re final fee application | .10 |
| 10/31/16 | TA Labuda | C300 | A105 | Emails with B. Reddy and M. Linder re final fee application revisions and expense calculations (.3); emails with J. Rovira re draft application (.1); emails and conference with M. Linder re final fee | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number:  36068900
Jefferies LLC

Warren Resources, Inc.

| Date | Name | Task | Activity | Narrative | Hours |
|------|------|------|----------|-----------|-------|
| | | | | application revisions (.1). | |
| 10/31/16 | ME Linder | C300 | A103 | Revise final fee application | .60 |
| 10/31/16 | ME Linder | C300 | A106 | Emails with B. Reddy re final fee application | .20 |
| 10/31/16 | ME Linder | C300 | A105 | Emails with T. Labuda re final fee application | .20 |
| | | | | **Total Hours** | **9.70** |